UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 23798
   PETER JAROSZENKO
   ULANA JAROSZENKO                        CHAPTER 13

                                          JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-7541     SSN XXX-XX-7158
```

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 12/18/07 and confirmed on 03/13/08.

   2.   The case was converted to Chapter 7 after confirmation, 06/30/2008.

   3.   The Debtor paid a total of $   5512.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOME LOAN SERVICES INC | CURRENT MORTG | .00 | .00 | .00 |
| HOME LOAN SERVICES INC | MORTGAGE ARRE | .00 | .00 | .00 |
| CREDIT UNION 1 | SECURED VEHIC | 21694.00 | 50.19 | 270.00 |
| CREDIT UNION 1 | SECURED VEHIC | 9000.00 | 19.37 | 230.00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 4408.21 | .00 | 39.94 |
| ASPEN MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| CORTRUST BANK | UNSECURED | NOT FILED | .00 | .00 |
| CRD PRT ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| DONAT & DONAT PC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST SAVINGS CREDIT CAR | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN DODGE | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 284.00 | .00 | 284.00 |
| CREDIT UNION 1 | UNSECURED | 7971.09 | .00 | .00 |

```
         Summary of disbursements:
```
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 35102.21 | 284.00 | 7971.09 | .00 | 43357.30 |
| PRINCIPAL PAID | 539.94 | 284.00 | .00 | .00 | 823.94 |
| INTEREST PAID | 69.56 | .00 | .00 | .00 | 69.56 |
| TOTAL PAID | 609.50 | 284.00 | .00 | .00 | 893.50 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00
and was paid $   3500.00 .

The Trustee received $    270.50 .

Refunds to the Debtor totaled $    848.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 09/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE